IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Marianne Sawicki,      :
     Appellant   :
           :
    v.      :   No. 1046 C.D. 2021
           :
David W. Wessels, in his official  :
capacity as Open Records Officer :
of Borough of Huntingdon   :

**PER CURIAM**      **O R D E R**


   NOW, February 10, 2023, having considered Appellant's application

for reargument, the application is DENIED.